

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

DAYLE ELIESON
United States Attorney
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6237
Kevin.Schiff@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YOEL GUERRA-VINALES,<br><br>Defendant. | SEALED<br>CRIMINAL INDICTMENT<br><br>2:18-cr-399<br><br>VIOLATIONS:<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)–<br>Distribution of a Controlled Substance<br>(Methamphetamine) |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about April 17, 2018, in the State and Federal District of Nevada,

**YOEL GUERRA-VINALES,**

defendant herein, did distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii).

1

## COUNT TWO

On or about May 3, 2018, in the State and Federal District of Nevada,

**YOEL GUERRA-VINALES**,

defendant herein, did distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii).

**DATED:** this 11th day of December, 2018.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DAYLE ELIESON
United States Attorney

*(signature)*

KEVIN D. SCHIFF
Assistant United States Attorney