# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YOEL GUERRA-VINALES,<br><br>Defendant. | Case No. 2:18-cr-00399-JAD-BNW<br><br>**ORDER**<br><br><br>ECF No. 86 |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the defense file the Notice of Non-Supplementation or Supplement defendant's pro se motion by September 12, 2023. Government shall have until September 26, 2023, to file their responsive pleading.

DATED this 30th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE