UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No.: 2:18-cr-00399-JAD-BNW |
|---|---|
| Plaintiff | |
| v. | **Order re: Status of Motion for Compassionate Release** |
| Yoel Guerra-Vinales | [ECF No. 96] |
| Defendant | |

Defendant Yoel Guerra-Vinales moved for compassionate release from his 84-month term of imprisonment, arguing that his health history and the conditions at the prison where he is incarcerated put him at a greater risk of complications should he contract COVID-19.[1] The court denied that motion just after Thanksgiving last year.[2] But it seems that Guerra-Vinales wasn't advised of that decision because he asks this court to update him on the status of that motion.[3]

IT IS THEREFORE ORDERED that the motion for status **[ECF No. 96] is GRANTED** and **Guerra-Vinales is advised that his motion for compassionate release was denied.**

The Clerk of Court is directed to **SEND** a copy of the order denying the motion for compassionate release [**ECF No. 92**] to Guerra-Vinales (Reg No. 55365-048) at FCC Yazoo City Medium, P.O. Box 500, Yazoo City, MS 39194-5000.

_____
U.S. District Judge Jennifer A. Dorsey
March 19, 2024

---

[1] ECF No. 83 at 1.
[2] ECF No. 92.
[3] ECF No. 96.